# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHRISTINA AZPILICUETA,<br><br>PLAINTIFF,<br><br>REGIONAL TRUSTEE SERVICES CORPORATION; ONE WEST, FSB IN BOTH IT'S CAPACITY AS INDYMAC MORTAGE SERVICES A DIVISION OF ONE WEST AND IT'S CAPACITY AS ONE WEST BANK, FSB; MORTAGE ELECTRONIC REGISTRATION SYSTEMS INC.;<br><br>DEFENDANTS | NO. CV-5399-RJB<br>DECLARATION OF SERVICE<br>COMPLAINT, (COMPLAINT FOR: VIOLATION OF WASHINGTON DEED OF TRUST ACT RCW 61.24 et seq; VIOLATION OF RESPA 12 U.S.C 2605 et. Seq. & 2607 et. Seq.; VIOLATION OF FDCPA 15 U.S.C 1692 et.seq.; VIOLATIONS OF WASHINGTON CONSUMER PROTECTION ACT (CPA) RCW 19.86 et.; LACK OF STANDING; AND TEMPORARY RESTRAINING ORDER PRELIMINARY INJUNCTION EXHIBITS 1-14 CIVIL COVER SHEET |

The undersigned, declares that he is now and all times herein mentioned was a citizen of the United States over the age of eighteen years old, not a party to or interested in the above entitled action and competent to be a witness therein:

On MAY 27th 2011 at 1:30 PM at 710 2ND AVE STE 710 SEATTLE, WA 98104 the undersigned duly served (1) copy of the above mentioned documents upon REGIONAL TRUSTEE SERVICES CORPORATION by delivering a true copy to (AGENT) ROBINSON TAIT PS.

Dated: 6/1/2011 at Des Moines, Washington

I declare under penalty of perjury that the foregoing is true and correct.

_____
JAMES M SEYLER, PROCESS SERVER
UNLIMITED PROCESS SERVICE, INC
22731 26TH AVE S DES MOINES, WA 98198
REG# 1016152549883 P 206-852-9171

1 of 1