AO-WAWD 440 (Rev. 3/10) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-CV-05399-RJB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **One West Bank, FSB**
was received by me on *(date)* **6-13-11**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Nenet Megardichian** , who is
designated by law to accept service of process on behalf of *(name of organization)* **One West Bank, FSB**
on *(date)* **6-14-11 @ 12:30pm**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **X** for travel and $ **$50** for services, for a total of $ **$50** .

I declare under penalty of perjury that this information is true.

Date: **6-14-11**

*Server's signature*

**Jeff Lancaster · RPS 4696 LA**
*Printed name and title*

**PO Box 918**
**Midway City, Ca.**
**92655**
*Server's address*

Additional information regarding attempted service, etc: