## UNITED STATES DISTRICT COURT
## FOR THE United States District Court for the Western District of Washington

Cristina M Azpilicueta

                        Plaintiff,

v.                                             Case No.: 3:11–cv–05399–RJB

                                                   Judge Robert J. Bryan

Regional Trustee Services Corporation, et al.

                        Defendant.

## MINUTE ORDER SETTING TRIAL, PRETRIAL DATES AND ORDERING MEDIATION

| | |
|---|---|
| FIVE DAYS JURY TRIAL set for | June 25, 2012 at 09:30 AM |
| Deadline for the FILING of any motion to join parties | November 23, 2011 |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 28, 2011 |
| All motions related to discovery must be FILED by | February 6, 2012 |
| Discovery COMPLETED by | February 27, 2012 |
| All dispositive motions must be FILED by | March 27, 2012 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | April 26, 2012 |
| Mediation per CR 39.1(c)(3) HELD no later than | May 29, 2012 |
| Letter of compliance as to CR 39.1 FILED by<br>    A roster of Local Rule 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at 253–882–3824. | June 4, 2012 |
| Motions in limine should be FILED by<br>    and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | May 29, 2012 |
| Agreed pretrial order LODGED with the court by | June 8, 2012 |
| Pretrial conference will be HELD on<br>    (COUNSEL SHALL REPORT TO COURTROOM A) | |
| Trial briefs, proposed voir dire &jury instructions due * | June 15, 2012 |

    *JURY INSTRUCTIONS See Local Civil Rule CR51. A Manual of Model Civil Jury Instructions For the Ninth Circuit – Latest Edition should be used as the format for proposed jury instructions. See www.wawd.uscourts.gov

    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

Minute Order Setting Trial, Pretrial Dates and Ordering Mediation – Page 1

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

If this case is settled, please advise Dara Kaleel, Courtroom Deputy to Judge Bryan immediately at (253) 882–3824. If this case is not settled, it will go to trial on the date set or as soon thereafter as the court is available.

DATED:   September 7, 2011

The foregoing Minute Order entered by /s/ Dara L. Kaleel, Deputy Clerk, BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.