Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - TACOMA

| | |
|---|---|
| CRISTINA AZPILICUETA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REGIONAL TRUSTEE SERVICES CORPORATION; ONEWEST, FSB, in both its capacity as INDYMAC MORTGAGE SERVICES A DIVISION OF ONE WEST and its capacity as ONEWEST BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　　Defendants. | Case No. 3:11-cv-05399-RJB<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

Defendants respectfully requests this Court to take judicial notice of the following document in connection with their Motion to Dismiss, pursuant to the Federal Rules of Evidence, Rule 201:

/./././.

/./././.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
Page 1
2596162.wpd

Pite Duncan, LLP
9311 SE 36ᵗʰ Street #100
Mercer Island, WA 98040
(858) 750-7600

1.    True and correct copy of June 27, 2011, Trustee's Deed recorded July 1, 2011, in the official records of Thurston County as Instrument no. 4217904.

PITE DUNCAN, LLP

Dated: *10/13/11*

By: *s/s Rochelle L. Stanford*
Rochelle L. Stanford, WSBA #38690
Lead Attorney
Rachael H. Kim, WSBA #43193
9311 SE 36th Street, Suite 100
Mercer Island, WA 98040
619-326-2404
Rstanford@piteduncan.com

Attorneys for Defendants
OneWest Bank, FSB, IndyMac Mortgage Services and Mortgage Electronic Registration Systems, Inc.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
Page 2
2596162.wpd

Pite Duncan, LLP
9311 SE 36th Street #100
Mercer Island, WA 98040
(858) 750-7600