EXHIBIT 1

1 JUL '11 514759

**Thurston County Treasurer**

Real Estate Excise Tax Paid None

By MCD Deputy

When recorded, mail to:

**ONEWEST BANK, FSB**
888 E WALNUT STREET
PASADENA, CA 91101

Trustee's Sale No: 01-FMB-105919

## TRUSTEE'S DEED

**THE GRANTOR, REGIONAL TRUSTEE SERVICES CORPORATION,** as present Trustee under that Deed of Trust, as hereinafter particularly described, in consideration of the premises and payment, recited below, hereby grants and conveys without warranty, to: Fannie Mae A/K/A Federal National Mortgage Association, GRANTEE, that real property, situated in the County of THURSTON, State of WASHINGTON, described as follows:

THAT PORTION OF GOVERNMENT LOTS 4, 5, 7 AND 8 IN SECTION 6, TOWNSHIP 15 NORTH, RANGE 3 EAST, W.M., IN THURSTON COUNTY, WASHINGTON, AS MORE FULLY DESCRIBED IN EXHIBIT "A" ATTACHED HERETO.
Tax Parcel No: 23506330200.

RECITALS:

1. This conveyance is made pursuant to the powers, including the power of sale, conferred upon said Trustee by that certain Deed of Trust dated 6/1/2007, recorded in Auditor's/Recorder's No. 3933304, records of THURSTON County, Washington, from DONALD E. MARSHALL AND CRISTINA M. AZPILICUETA, ALSO APPEARING OF RECORD AS CRISTIAN AZPILICUETA EACH AS THEIR RESPECTIVE SEPARATE ESTATE IN INDETERMINATE INTEREST, as Grantor, to TRANSNATION TITLE INSURANCE CO., as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK, as Beneficiary.

2. Said Deed of Trust was executed to secure, together with other undertakings, the payment of a promissory note in the sum of $212,000.00, with interest thereon, according to the terms thereof, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK and to secure any other sums of money which might become due and payable under the terms of said Deed of Trust.

3. The described Deed of Trust provides that the real property conveyed therein is not used principally for agricultural or farming purposes.

4. Default having occurred in the obligations secured and/or covenants of the Grantor as set forth in the "Notice of Trustee's Sale" described below, which by the terms of the Deed of Trust made operative the power to sell, the thirty-day advance "Notice of Default" was transmitted to the Grantor, or his successor in interest, and a copy of said Notice was posted or served in accordance with law.

5. ONEWEST BANK, FSB, being then the holder of the indebtedness secured by said Deed of Trust, delivered to said Trustee written request directing said Trustee to sell the described property in accordance with the law and the terms of said Deed of Trust.

1                                                                                       WATD

6. The defaults specified in the "Notice of Default" not having been cured, the Trustee, in compliance with the terms of said Deed of Trust, executed and on March 1, 2011 recorded in the office of the Auditor/Recorder of THURSTON county, a "Notice of Trustee's Sale" of said property under Recording No. 4200314.

7. The Trustee, in its aforesaid "Notice of Trustee's Sale", fixed the place of sale as THE MAIN ENTRANCE TO THE THURSTON COUNTY COURTHOUSE, a public place, at 2000 LAKERIDGE DRIVE SW, OLYMPIA, WA, and in accordance with law, caused copies of the statutory "Notice of Trustee's Sale" to be transmitted by mail to all persons entitled thereto and either posted or served prior to ninety days before the sale. Further, the Trustee caused a copy of said "Notice of Trustee's Sale" to be published once on or between the thirty-fifth and twenty-eighth day before the date of sale, and once on or between the fourteenth and seventh day before the date of sale, in a legal newspaper in each county in which the property or any part thereof is situated, and further, included with this Notice, which was transmitted or served to or upon the Grantor or his successor in interest, a "Notice of Foreclosure" in substantially the statutory form to which copies of the Grantor's Note and Deed of Trust were attached.

8. During foreclosure, no action was pending on an obligation secured by said Deed of Trust.

9. All legal requirements and all provisions of said Deed of Trust have been complied with, as to acts to be performed and notices to be given, as provided in Chapter 61.24 RCW.

10. The defaults specified in; the "Notice of Trustee's Sale" not having been cured ten days prior to the date of Trustee's Sale and said obligation secured by said Deed of Trust remaining unpaid, on June 3, 2011, the date of sale, which was not less than 190 days from the date of default in the obligation secured, the Trustee then and there sold at public auction to said Grantee, the highest bidder therefore, the property hereinabove described, for the sum of $223,143.49.

DATED: 6/27/2011

REGIONAL TRUSTEE SERVICES CORPORATION
Trustee

By_____
JEAN GREAGOR, AUTHORIZED AGENT
Address:   616 1st Avenue, Suite 500
           Seattle, WA 98104

STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF KING        )

On 6/27/2011, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared JEAN GREAGOR , to me known to be the AUTHORIZED AGENT of the corporation that executed the foregoing instrument and acknowledged the said instrument to be the free and voluntary act of and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he/she is authorized to execute the said instrument.

Witness my hand and seal the day and year first above written.

_____
Notary Public residing at  Seattle, WA
Printed Name: Robert L Motter
My Commission Expires: 10-9-12

[Notary Seal: ROBERT L. MOTTER, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 10-09-12]

## EXHIBIT FOR LEGAL DESCRIPTION
Trustee's Sale 01-FMB-105919
EXHIBIT 'A'

**PARCEL A:**

THAT PART OF GOVERNMENT LOTS 4, 5, 7 AND 8 IN SECTION 6, TOWNSHIP 15 NORTH, RANGE 3 EAST, W.M., LYING WESTERLY OF COUNTY ROADS KNOWN AS BALD HILLS ROAD AND SORENSON ROAD AND NORTHERLY OF A TRACT CONVEYED TO WEYERHAEUSER TIMBER COMPANY BY INSTRUMENT RECORDED MARCH 20, 1946 UNDER RECORDING NO. 404177 DELINEATED AS TRACT 15 OF SURVEY RECORDED DECEMBER 12, 1979 UNDER RECORDING NO. 1099338 IN VOLUME 12 OF SURVEYS AT PAGE 86., RECORDS OF THURSTON COUNTY AUDITOR;

**PARCEL B:**

A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AS DELINEATED ON SURVEY RECORDED DECEMBER 1979 UNDER RECORDING NO. 1099338 IN VOLUME 12 OF SURVEYS AT PAGE 86.

SITUATE IN THE **COUNTY OF THURSTON, STATE OF WASHINGTON.**