UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRISTINA AZPILICUETA,<br><br>             Plaintiff,<br><br>   v.<br><br>REGIONAL TRUSTEE SERVICES CORP.; ONEWEST, FSB in both its capacity as INDYMAC MORTGAGE SERVICES and as ONEWEST BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,<br><br>             Defendant. | CASE NO. 11-5399-RJB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS |

    This matter comes before the court on plaintiff's Unopposed Motion for Enlargement of Time to File a Response to Motion to Dismiss. Dkt. 25.

    Defendants One West, FSB, IndyMac Mortgage Services and Mortgage Electronic Registration Systems, Inc. filed a Motion to Dismiss on October 14, 2011. Dkt. 22. Defendant Regional Trustee Services Corp. joined the Motion to Dismiss on October 19, 2011. Dkt. 24. Plaintiff's Reply to defendants' motion was due November 4, 2011, and plaintiff timely filed her

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE A RESPONSE TO
DEFENDANT'S MOTION TO DISMISS- 1

1  motion to extend time to reply (Dkt. 25) on November 3, 2011. Plaintiff contact defense counsel

2  and received their consent for a seven (7) day extension of time for plaintiff to file her Reply.

3  Dkt. 25, at 2.

4       Therefore, it is hereby

5       **ORDERED** that plaintiff's motion to extend time to file her Reply is **GRANTED**.

6  Plaintiff may reply no later than November 11, 2011, and the docket calendar is noted

7  accordingly.

8       The Clerk is directed to send uncertified copies of this Order to all counsel of record and

9  to any party appearing *pro se* at said party's last known address.

10      Dated this 7th day of November, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE A RESPONSE TO
DEFENDANT'S MOTION TO DISMISS- 2